UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA AGUILAR,<br>Movant,<br>-against-<br>UNITED STATES OF AMERICA,<br>Respondent. | 26-CV-951 (VSB)<br>20-CR-493-3 (VSB)<br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

The Court directs the parties to ensure that all future submissions are docketed in both the civil matter, *Aguilar v. United States of America*, No. 26-CV-951 (S.D.N.Y. Feb. 2, 2026), and the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-3 (S.D.N.Y).

To ensure that all documents related to Movant's Motion to Vacate are docketed in the civil matter, the Clerk of Court is respectfully directed to docket the following documents from the civil matter, *Aguilar v. United States of America*, No. 26-CV-951 (S.D.N.Y. Feb. 2, 2026), in the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-3 (S.D.N.Y), as well: Document 12 (Petitioner's May 15, 2026 Supplement to Motion to Stay § 2255 Proceeding). This order will be filed in the instant civil and criminal matters.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Vernon S. Broderick
United States District Judge